UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-26 |
|---|---|---|---|

| Jane Doe |
|---|
| *versus* |
| The Office of Refugee Resettlement |

United States District Court
Southern District of Texas
FILED
FEB 14 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Woei-Tyng Daniel Shieh<br>Office of Immigration Litigation<br>U.S. Dept. of Justice - Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington DC 20044<br>(202) 305-9802<br>daniel.shieh@usdoj.gov<br>New York ID 4486890 |
|---|---|

| Name of party applicant seeks to appear for: | Respondent the Office of Refugee Resettlement |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/14/2018 | Signed: | /s/ W. Daniel Shieh |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2-14-18 | Clerk's signature |

**Order**

Dated: 2-14-2018

This lawyer is admitted *pro hac vice*.

_____
United States District Judge